**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                )
**JOSEPH MATERIA**                            )
                                                                )
                Plaintiff,             )
                                                                )
        v.                                         )  Civil Action No. 06-2251(RWR)
                                                                )
**ELAINE L. CHAO, SECRETARY**      )
**UNITED STATES DEPARTMENT**    )
**OF LABOR**                                        )
                                                                )
                Defendant.           )
_____)

AFFIDAVIT FOR RETURN OF SERVICE

1) I am counsel for Plaintiff Joseph Materia in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(l) of the federal Rules of Civil Procedure and Local Rule 5.3 to certify that service was effected upon Defendant in this case in the following manner.

2) I sent a copy of the Complaint in the above captioned matter along with a copy of a Summons in a Civil Case via certified mail, return receipt, number 7005 0390 0004 9143 2087 on February 16, 2007  to: Alberto Gonzales, United States Dept. of Justice,  950 Pennsylvania Avenue, N.W., Washington, DC 20530.  Signed receipt of the Complaint and Summons was made on February 21, 2007. Copies of the Certified Mail Receipt, as well as the Return Card are attached.

In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge , information and belief.


March 16, 2007                                                              /s                       
Date                                                        Camilla C. McKinney

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.59 | 0238 |
| Certified Fee | $2.40 | 09 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.84 | 02/16/2007 |

Sent To: Alberto Gonzales
Street, Apt. No.; or PO Box No.: 950 PA Ave NW
City, State, ZIP+4: WDC 20530

PS Form 3800, June 2002    See Reverse for Instructions

7009 3400 0018 3588 4405 2087

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
United States Dept of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   FEB 21 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 3400 0018 3588 4401

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540