UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH MATERIA**,<br><br>                    Plaintiff,<br><br>           v.<br><br>**ELAINE L. CHAO, SECRETARY**<br>**UNITED STATES DEPARTMENT**<br>**OF LABOR**<br><br>                    Defendant. | Civil Action No. 06-2251(RWR) |

AFFIDAVIT FOR RETURN OF SERVICE

1) I am counsel for Plaintiff Joseph Materia in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(l) of the federal Rules of Civil Procedure and Local Rule 5.3 to certify that service was effected upon Defendant in this case in the following manner.

2) I sent a copy of the Complaint in the above captioned matter along with a copy of a Summons in a Civil Case via certified mail, return receipt, number 7099 3400 0018 3588 5459 on February 16, 2007 to: Elaine Chao, United States Dept. of Labor, 200 Constitution Avenue, N.W., Washington, DC 20210. Signed receipt of the Complaint and Summons was made on February 20, 2007. Copies of the Certified Mail Receipt, as well as the Return Card are attached.

In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge , information and belief.


March 16, 2007                                         /s
Date                                                  Camilla C. McKinney

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20210

| | | |
|---|---|---|
| Postage | $1.59 | 0238 |
| Certified Fee | $2.40 | 09 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.84 | 02/16/2007 |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Elaine L. Chao, US Dept. of Labor
Street, Apt. No.; or PO Box No.
200 Constitution Ave, NW
City, State, ZIP+4
Washington DC 20210

PS Form 3800, February 2000                    See Reverse for Instructions

7099 3400 0018 3588 5459

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)         C. Date of Delivery 2/20/07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Elaine L. Chao
United States Dept. of Labor
200 Constitution Ave, NW
Washington, DC 20210

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7099 3400 0018 3588 5459

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540