**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **JOSEPH MATERIA** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-2251(RWR) |
| | ) |
| **ELAINE L. CHAO, SECRETARY** | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF LABOR** | ) |
| | ) |
| Defendant. | ) |
_____)

<u>AFFIDAVIT FOR RETURN OF SERVICE</u>

1)  I am counsel for Plaintiff Joseph Materia in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(l) of the federal Rules of Civil Procedure and Local Rule 5.3 to certify that service was effected upon Defendant in this case in the following manner.

2)  I sent a copy of the Complaint in the above captioned matter along with a copy of a Summons in a Civil Case via certified mail, return receipt, number 7099 3400 0018 3588 5848 on February 16, 2007 to: Jeffrey A. Taylor, United States Dept. of Justice 555 Fourth Street, N.W., Washington, DC 20530. Signed receipt of the Complaint and Summons was made on February 21, 2007. Copies of the Certified Mail Receipt, as well as the Return Card are attached.

In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge , information and belief.


March 16, 2007                                    _____/s_____
Date                                                         Camilla C. McKinney

**U.S. Postal Service**
# CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20210

| | | | |
|---|---|---|---|
| Postage | $ | $1.59 | 0238 |
| Certified Fee | | $2.40 | 09 |
| Return Receipt Fee (Endorsement Required) | | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.84 | 02/16/2007 |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Jeffrey Taylor USDOJ

Street, Apt. No.; or PO Box No.
555 Fourth Street NW

City, State, ZIP+4
Washington, DC 20210

7099 3400 0018 3588 5848

PS Form 3800, February 2000                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A. Taylor
US DOJ
555 Fourth Street, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Daniel L Parker_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
FEB 2 2007   2 20 07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7099 3400 0018 3588 5848

PS Form 3811, February 2004        Domestic Return Receipt        102595-