**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**JOSEPH MATERIA**                                    )
                                                      )
                        Plaintiff,                    )
                                                      )
            v.                                        ) Civil Action No. 06-2251(RWR)
                                                      )
**ELAINE L. CHAO, SECRETARY**                         )
**UNITED STATES DEPARTMENT**                          )
**OF LABOR**                                          )
                                                      )
                        Defendant.                    )
_____)

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO**
**DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO**
**TRANSFER FOR IMPROPER VENUE**

Plaintiff Joseph Materia, by and through his undersigned counsel, hereby respectfully requests an extension of time until May 23, 2007, to submit Plaintiff's Opposition to Defendant's Motion to Dismiss, or, in the alternative, to Transfer For Improper Venue.   Plaintiff contacted counsel for Defendant who consented to this motion.  In support of this Motion, Plaintiff states as follows:

Defendant filed its Motion on April 10, 2007.  Accordingly, the current deadline to file an Opposition to Defendant's Motion is April 25, 2007.   Defendant's Motion raises numerous complex legal issues regarding venue which will take undersigned counsel significant time to research.  Moreover, undersigned counsel is in the process of collecting additional information from Plaintiff which will aide counsel's ability to respond to Defendant's motion.  Thus, Plaintiff respectfully requests additional time to conduct research into the complex issues raised by Defendant's motion and to gather the appropriate factual information to be able to respond to Defendant's motion in a sufficient and accurate manner.

Accordingly, Plaintiff respectfully requests an enlargement of time, until May 23, 2007, in which to have adequate time to respond and oppose Defendant's Motion to Dismiss or, in the Alternative, to Transfer for Improper Venue.  Defendant should not be prejudiced by this brief extension of time to respond to Defendant's Motion.

Dated: April 23, 2007                                        Respectfully submitted,

                                          _____/s/_____
                                          Camilla C. McKinney, Esq.
                                          Law Offices of Camilla C. McKinney PLLC
                                          1100 Fifteenth Street, N.W., Suite 300
                                          Washington, D.C. 20005
                                          (202) 861-2934/(202) 517-9111 (fax)
                                          Attorney for Plaintiff Joseph Materia


## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2007, I caused a true and correct copy of the foregoing Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss or in the Alternative to Transfer for Improper Venue be served electronically, via the CM-ECF system, to:

JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

                                          _____/s/_____
                                          Camilla C. McKinney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOSEPH MATERIA** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-2251(RWR) |
| | ) |
| **ELAINE L. CHAO, SECRETARY** | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF LABOR** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for an Extension of Time to Respond

to Defendant's Motion to Dismiss or in the Alternative to Transfer for Improper Venue, and the

entire record herein, it is hereby ORDERED that the Plaintiff shall have until May 23, 2007, to

file a response to Defendant's Motion.


It is so ORDERED this _____ day of _____, 2007.


_____
U.S. District Court Judge