UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**JOSEPH MATERIA**                      )
                                        )
         Plaintiff,                )
                                        )
        v.                            )   Civil Action No. 06-2251(RWR)
                                        )
**ELAINE L. CHAO, SECRETARY**           )
**UNITED STATES DEPARTMENT**            )
**OF LABOR**                            )
                                        )
        Defendant.                )
_____)

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE**

Plaintiff Joseph Materia, by and through his undersigned counsel, hereby respectfully requests an extension of time until June 11, 2007, to submit Plaintiff's Opposition to Defendant's Motion to Dismiss, or, in the alternative, to Transfer For Improper Venue. Plaintiff contacted counsel for Defendant who consented to this motion. In support of thereto, Plaintiff states as follows:

Defendant filed its Motion on May 24, 2007. Accordingly, the current deadline to file an Opposition to Defendant's Motion is June 7, 2007. Undersigned counsel has had to respond, unexpectedly, to several issues in unrelated matters, including an oral argument in an unrelated case earlier this week. As a result, it has taken significantly more time than anticipated to complete an adequate response to Defendant's motion by the aforementioned deadline. Thus, counsel respectfully requests additional time to conduct research into the complex issues raised by Defendant's motion and to confer with the Plaintiff.

Accordingly, Plaintiff respectfully requests an enlargement of time, until June 11, 2007, to respond and oppose Defendant's Motion to Dismiss or, in the Alternative, to Transfer for Improper Venue. Defendant should not be prejudiced by this brief extension of time to respond to Defendant's Motion.

Dated: June 7, 2007                                    Respectfully submitted,

                                            _____/s/_____
                                            Camilla C. McKinney, Esq.
                                            Law Offices of Camilla C. McKinney PLLC
                                            1100 Fifteenth Street, N.W., Suite 300
                                            Washington, D.C. 20005
                                            (202) 861-2934/(202) 517-9111 (fax)
                                            Attorney for Plaintiff Joseph Materia

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2007, I caused a true and correct copy of the foregoing Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss or in the Alternative to Transfer for Improper Venue be served electronically, via the CM-ECF system, to:

JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

                                            _____/s/_____
                                            Camilla C. McKinney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOSEPH MATERIA** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-2251(RWR) |
| | ) |
| **ELAINE L. CHAO, SECRETARY** | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF LABOR** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss or in the Alternative to Transfer for Improper Venue, and the entire record herein, it is hereby ORDERED that the Plaintiff shall have until June 11, 2007, to file a response to Defendant's Motion.

It is so ORDERED this _____ day of _____, 2007.

_____
U.S. District Court Judge