UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH MATERIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-2251 (RWR) |
| ) | |
| ELAINE L. CHAO, SECRETARY, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| LABOR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT
OF TIME TO FILE DEFENDANT'S ANSWER OR OTHER
RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant, Elaine L. Chao, Secretary, United States Department of Labor, through her undersigned attorneys, hereby respectfully requests an enlargement of time, until and including August 20, 2007, within which to file Defendant's answer or other response to Plaintiff's first amended complaint.

Defendant's answer or other response is presently due on July 19, 2007. This is Defendant's first request for an enlargement of time for this purpose. Plaintiff consents to this motion.

There is good cause for this motion. Numerous events alleged in Plaintiff's first amended complaint occurred in the Boston, Massachusetts area. Therefore, witnesses and records are not readily available to Defendant's counsel in Washington, D.C. Specifically, at least six of the witnesses named in Plaintiff's first amended complaint are located in the Boston, Massachusetts area. Plaintiff's employment records are also maintained in Boston. Thus, additional time is needed to contact these witnesses and review employment records before responding to

Plaintiff's first amended complaint.

Accordingly, Defendant, is requesting this additional time to file an answer or other response to Plaintiff's first amended complaint. At this time, Defendant cannot anticipate whether or not further requests for additional time will be necessary.

For the foregoing reasons, Defendant respectfully requests that this consent motion for an enlargement of time be granted. A proposed order is included with this motion.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

__/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH MATERIA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-2251 (RWR) |
| ) | |
| **ELAINE L. CHAO, SECRETARY,** ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **LABOR,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

UPON CONSIDERATION OF Defendant's Consent Motion for An Enlargement of Time to file her answer or other response to Plaintiff's first amended complaint, it is this _____ day of July, 2007,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including **August 20**, **2007**, to file her answer or other response to Plaintiff's first amended complaint.

_____
UNITED STATES DISTRICT JUDGE