# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOSEPH MATERIA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 06-2251 (RWR) |
| ) | ECF |
| v. ) | |
| ) | |
| **ELAINE L. CHAO,** ) | |
| **Secretary of Labor** ) | |
| ) | |
| **Defendant.** ) | |

## SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Mercedeh Momeni, Assistant U.S. Attorney, as counsel of record for the defendant, in the above-captioned case and withdraw the appearance of Judith Kidwell, Assistant U.S. Attorney.

Respectfully Submitted,

/s/ *Mercedeh Momeni*

MERCEDEH MOMENI
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 305-4851

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4TH day of September, 2007, I caused the foregoing to be served on plaintiff's attorney, **Camilla C. McKinney,** via the Court's Electronic Case Filing system.

/s/ *Mercedeh Momeni*
_____
MERCEDEH MOMENI
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C.  20530
(202) 305-4851