# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH MATERIA** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-2251 (RWR) |
| v. | ) |
| | ) |
| **ELAINE CHAO,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF LABOR** | ) |
| | ) |
| Defendant. | ) |

## CONSENT NOTICE

Pursuant to the October 9, 2007 Scheduling Order, Paragraph 5, the Plaintiff is notifying the Court that the Parties have each agreed to enlarge the time to serve their respective Rule 26(a)(1) Initial Disclosures from December 19, 2007 to January 8, 2008. The Parties have conferred and each consents to the January 8, 2008 deadline.

Dated: January 4, 2008              Respectfully submitted,


                                    _____/s_____
                                    Camilla C. McKinney, Esq.
                                    McKinney & Associates, PLLC
                                    1100 Fifteenth Street, N.W., Suite 300
                                    Washington, D.C.  20005
                                    (202) 861-2934/(202) 517-9111 (fax)
                                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2008, I caused a true and correct copy of the foregoing Consent Notice to be served electronically, via the CM-ECF system, to:

Mercedeh Momeni
Assistant United States Attorney
United States Attorney's Office for the District of Columbia - Civil Division
555 Fourth Street, NW
Washington, DC  20530


_____/s_____
Camilla C. McKinney