UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH MATERIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE CHAO, SECRETARY )<br>U.S. DEPARTMENT OF LABOR )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2251 (RWR) |

**PLAINTIFF'S CONSENT MOTION TO EXTEND THE TIME TO
AMEND COMPLAINT**

Plaintiff Joseph Materia, by and through his undersigned counsel, hereby respectfully requests a one week extension of time until January 25, 2008, to amend Plaintiff's Complaint. Currently, pursuant to the October 9, 2007 Scheduling Order, the deadline to amend the Complaint is January 18, 2008. Plaintiff contacted counsel for Defendant who consented to the extension of time to amend the Complaint.[1] In support of this Motion, Plaintiff states as follows:

On October 4, 2007, the parties attended a scheduling conference where the parties and the Court established deadlines for the aforementioned October 9, 2007 Scheduling Order. At the time of the Scheduling Conference, Plaintiff had numerous formal complaints filed with the Agency's EEO office which were in the investigative stage. Undersigned counsel expressed her intention of amending the Complaint to include Plaintiff's outstanding EEO complaints provided all administrative remedies had been exhausted. Undersigned counsel advised the Court that the outstanding EEO complaints probably would not be ripe for litigation until sometime in January 2008.

---

[1] Defendant's consent extends solely to the extension of time for Plaintiff to Amend the Complaint and not to the prospective Motion to Amend.

After conducting research into Plaintiff's outstanding EEO complaints, undersigned counsel has determined that, as of the Scheduling Order's deadline of January 18, 2008, the EEO complaints would not have been investigated with the Agency for the required 180 day period under the statute. However, as of January 25, 2008, the time requested in this Motion, Plaintiff's administrative remedies will be exhausted as to the aforementioned outstanding EEO complaints.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this Motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing the Plaintiff to amend his Complaint, in a single filing, to include all his outstanding EEO complaints. Additionally, the Defendant has consented to this extension and should not be prejudiced by this brief delay.

Accordingly, Plaintiff respectfully requests that he be given a one week extension until January 25, 2008, to amend his Complaint.

Dated: January 18, 2008                     Respectfully submitted,


_____s/_____
Camilla C. McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
*Attorneys for Plaintiff Joseph Materia*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January 2008, I caused a true and correct copy of the foregoing Consent Motion for an Extension of Time to Amend the Complaint to be served electronically, via the Court's ECF system, to:

Mercedeh Momeni
Assistant United States Attorney
United States Attorney's Office for the District of Columbia, Civil Division
555 Fourth St., NW
Washington, DC  20530


_____/s_____
Camilla C. McKinney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JOSEPH MATERIA** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-2251 (RWR) |
| v. | ) |
|  | ) |
| **ELAINE CHAO,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF LABOR** | ) |
|  | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend the Time to Amend Complaint, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until January 25, 2008, to file amend the Complaint.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge