UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH MATERIA, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. 06-2251 (RWR) |
| v. | ) <br> ) |
| ELAINE CHAO, SECRETARY <br> U.S. DEPARTMENT OF LABOR | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**PLAINTIFF'S CONSENT MOTION TO EXTEND THE DISCOVERY PERIOD**

Plaintiff Joseph Materia, by and through his undersigned counsel, hereby respectfully requests an extension of the discovery period by sixty (60) days or until May 18, 2008. Currently, pursuant to the October 9, 2007 Scheduling Order, the deadline for the close of discovery is March 19, 2008. Plaintiff contacted counsel for Defendant who consented to the extension of the discovery period. In support of this Motion, Plaintiff states as follows:

Currently, the parties are scheduled to attend mediation with Magistrate Judge Alan Kay on January 22, 2008. While the parties have not yet been able to reach settlement, the parties have engaged in settlement negotiations. Undersigned counsel, however, is hopeful that the parties may reach settlement during the mediation and, as such, has tried to minimize the costs associated with litigation, thereby making the possibility of settlement more plausible.

Nevertheless, if the parties are unable to reach settlement, Plaintiff intends to file an amended Complaint.[1] Plaintiff anticipates that amended Complaint will prompt the need for

---

[1] Currently, Plaintiff has several EEO complaints pending with the Agency's EEO Office. Plaintiff, however, will have exhausted his administrative remedies as to the aforementioned EEO complaints as of January 25, 2008 and thus intends to file an amended Complaint on that date. Plaintiff has filed a Motion to Extend the time to amend the Complaint until January 25, 2008.

additional time for discovery.

Therefore, Plaintiff requests that the discovery period be enlarged to May 18, 2008, to allow more time to complete discovery. An extension of the discovery period will allow the parties to conduct discovery into the issues raised in the amended Complaint.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing both parties to conduct thorough discovery into the issues anticipated to be raised in Plaintiff's amended Complaint. Additionally, the Defendant has consented to this extension and neither party will be prejudiced by this extension.

Accordingly, Plaintiff respectfully requests that the discovery period be extended until May 18, 2008 and that the Scheduling Order be modified accordingly.

Dated: January 18, 2008                         Respectfully submitted,


                                                _____s/_____
                                                Camilla C. McKinney, Esq.
                                                McKinney & Associates, PLLC
                                                1100 Fifteenth Street, N.W., Suite 300
                                                Washington, D.C. 20005
                                                (202) 861-2934/(202) 517-9111 (fax)
                                                ***Attorneys for Plaintiff Joseph Materia***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of January 2008, I caused a true and correct copy of the foregoing Consent Motion to Extend the Discovery Period to be served electronically, via the Court's ECF system, to:

Mercedeh Momeni
Assistant United States Attorney
United States Attorney's Office for the District of Columbia, Civil Division
555 Fourth St., NW
Washington, DC 20530


                                        Camilla C. McKinney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JOSEPH MATERIA** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-2251 (RWR) |
| v. | ) |
|  | ) |
| **ELAINE CHAO,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF LABOR** | ) |
|  | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend the Discovery Period, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that the new deadline for the close of discovery be May 18, 2008 and that the Scheduling Order be modified accordingly.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge