# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JOSEPH MATERIA, <br><br> Plaintiff, <br><br> v. <br><br> ELAINE CHAO, SECRETARY <br> U.S. DEPARTMENT OF LABOR <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-2251 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S MOTION TO EXTEND THE TIME TO AMEND COMPLAINT

Plaintiff Joseph Materia, by and through his undersigned counsel, hereby respectfully requests a one day extension of time until January 28, 2008, to amend Plaintiff's Complaint. Currently, the deadline to amend the Complaint is January 25, 2008. Plaintiff attempted to reach counsel for Defendant but was unable to speak to Defendant about this extension of time. In support of this Motion, Plaintiff states as follows:

Plaintiff seeks the extension to have adequate time to complete the draft Amended Complaint. Due to unexpected issues that arose in an unrelated case that took longer than anticipated, Plaintiff was unable to complete the Amended Complaint. Accordingly, Plaintiff needs a brief one day extension to complete the Amended Complaint.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. Additionally, because Plaintiff only requests a one day extension, the Agency should not be prejudiced by this brief delay. Accordingly, the Plaintiff requests that he be given until January 28, 2008 to amend his Complaint.

Dated: January 25, 2008                                Respectfully submitted,


                                                           _____s/_____
                                                       Camilla C. McKinney, Esq.
                                                       McKinney & Associates, PLLC
                                                       1100 Fifteenth Street, N.W., Suite 300
                                                       Washington, D.C. 20005
                                                       (202) 861-2934/(202) 517-9111 (fax)
                                                       *Attorneys for Plaintiff Joseph Materia*


## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January 2008, I caused a true and correct copy of the foregoing Motion for an Extension of Time to Amend the Complaint to be served electronically, via the Court's ECF system, to:

Mercedeh Momeni
Assistant United States Attorney
United States Attorney's Office for the District of Columbia, Civil Division
555 Fourth St., NW
Washington, DC 20530


                                                        _____/s_____
                                                       Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH MATERIA** )<br>)<br>Plaintiff, )<br>) Civil Action No. 06-2251 (RWR)<br>v. )<br>)<br>**ELAINE CHAO,** )<br>**SECRETARY** )<br>**U.S. DEPARTMENT OF LABOR** )<br>)<br>Defendant. )<br>) | |

## ORDER

Upon consideration of Plaintiff's Motion to Extend the Time to Amend Complaint, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until January 28, 2008, to file amend the Complaint.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge