IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH MATERIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-2251 (RWR) |
| ) | ECF |
| v. ) | |
| ) | |
| ELAINE L. CHAO, ) | |
| U.S. Secretary of Labor, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE A
RESPONSE PLAINTIFF'S MOTION TO AMENDED HIS COMPLAINT**

Defendant, by undersigned attorneys, hereby respectfully moves for a three-week extension of time to file her response to Plaintiff's motion to amended his complaint (*see* USDC Pacer Doc. No. 27), through and including March 3, 2008. Good cause exists to grant this motion.

1. Defendant's response to Plaintiff's Motion to Amended Complaint is due on February 11, 2008.

2. Defendant requires additional time to prepare and file her response to Plaintiff's Motion to Amended Complaint primarily due to undersigned counsel's schedule, which has recently included dispositve motion practice in an Administrative Procedures Act/Constitutional depravation case, settlement discussion in two separate employment discrimination matters, discovery-related negotiations in a third employment discrimination matter, *inter alia*. Additionally, one of the witnesses whose input is required has been unavailable recently, but should return to work shortly.

    3. Defendant therefore requests three additional weeks to submit her response to the Plaintiff's Motion.

    4. Pursuant to Local Rule 7(m), the parties have conferred and Plaintiff's counsel has consented to this extension.

    WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the filing of her Response to the Motion to Amended Complaint be extended to March 3, 2008. A minute order is requested.

Dated February 8, 2008.

                                          Respectfully submitted,

                                                      /s/
                                  _____
                                  JEFFREY A. TAYLOR D.C. BAR # 498610
                                  United States Attorney

                                                      /s/
                                  _____
                                  RUDOLPH CONTRERAS, D.C. BAR # 434122
                                  Assistant United States Attorney

                                                      /s/
                                  _____
                                  MERCEDEH MOMENI
                                  Assistant United States Attorney
                                  Civil Division
                                  555 4th Street, N.W.
                                  Washington, D.C.  20530
                                  (202) 305-4851

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February 2008, I caused to be served, a true and correct copy of the above Defendant's Motion to Extend, upon Plaintiff's counsel via the Court's ECF system.

/s/

_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW, Room E4208
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)