**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOSEPH MATERIA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 06-2251 (RWR)** |
| ) | **ECF** |
| **v.** ) | |
| ) | |
| **ELAINE L. CHAO,** ) | |
| **U.S. Secretary of Labor,** ) | |
| ) | |
| **Defendant.** ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE A**
**RESPONSE PLAINTIFF'S MOTION TO AMEND HIS COMPLAINT**

Defendant, by undersigned attorneys, hereby respectfully moves for a thirty-day extension of time to file her response to Plaintiff's motion to amend his complaint (*see* USDC Pacer Doc. No. 27), through and including April 2, 2008.  Good cause exists to grant this motion.

1. Defendant's response to Plaintiff's Motion to Amend Complaint is due on March 3, 2008.

2. Although Defendant's Response is largely prepared, additional time is required to enable the parties to continue their good-faith negotiations to resolve the matter without further litigation.

3. Defendant therefore requests thirty additional days to submit her Response to the Plaintiff's Motion, in the event the parties are unable to resolve the case within that time.

4. Pursuant to Local Rule 7(m), the parties have conferred and Plaintiff's counsel has consented to this extension.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the filing of her Response to the Motion to Amend Complaint be extended to April 2, 2008 and the discovery end date be accordingly moved to June 18, 2008.  A proposed order is herewith attached.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR D.C. BAR # 498610
United States Attorney


/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March 2008, I caused to be served, a true and correct copy of the above Defendant's Motion to Extend, upon Plaintiff's counsel via the Court's ECF system.


/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW, Room E4208
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**JOSEPH MATERIA,**                          )
                                             )
                            **Plaintiff,**   )
                                             )    **Civil Action No. 06-2251 (RWR)**
                                             )    **ECF**
            **v.**                           )
                                             )
**ELAINE L. CHAO,**                          )
**U.S. Secretary of Labor,**                 )
                                             )
                            **Defendant.**   )
_____   )

### <u>ORDER</u>

UPON CONSIDERATION of Defendant's Motion for Extension of Time to File a

Response to Plaintiff's Motion to Amend His Complaint, the grounds stated therefor, and the

entire record herein, it is on this _____ day of _____, 2008, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that Defendant's Response to Plaintiff's Motion be due on April

2, 2008 and that

Discovery shall end on June 18, 2008.

SO ORDERED.


_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to the parties via ECF