# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOSEPH MATERIA** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ELAINE L. CHAO, SECRETARY** )<br>**UNITED STATES DEPARTMENT** )<br>**OF LABOR** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2251(RWR) |

## CONSENT MOTION TO EXTEND THE DISCOVERY PERIOD

Plaintiff Joseph Materia, by and through his undersigned counsel, hereby respectfully requests an extension of the discovery period by sixty (60) days. Pursuant to Local Rule 7(m) Plaintiff conferred with Defendant who consented to the extension. In support of this Motion, Plaintiff states as follows:

Currently, pursuant to the Court's order on March 18, 2008, the deadline for the close of discovery is June 18, 2008 with a status conference to take place the following day. The parties, however, have engaged in extensive time-consuming settlement negotiations and have been optimistic that the negotiations would result in an amicable settlement. At this time, however, the parties have been unable to settle Plaintiff's claims and as such, undersigned counsel would like to preserve and extend the time left for discovery.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing both parties to conduct thorough discovery into the issues raised in Plaintiff's Amended

Complaint. Additionally, the Defendant has consented to this extension of discovery and neither party will be prejudiced by this extension.

Accordingly, Plaintiff respectfully requests that the discovery period be extended until August 18, 2008, that the status conference for June 19th be continued and that the Scheduling Order be modified accordingly.

Respectfully submitted,

_____s/_____
Camilla C. McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
*Attorneys for Plaintiff Joseph Materia*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May 2008, I caused a true and correct copy of the foregoing Consent Motion to Extend the Discovery Period to be served electronically, via the Court's ECF system, to: Mercedeh Momeni Assistant United States Attorney United States Attorney's Office for the District of Columbia, Civil Division 555 Fourth St., NW Washington, DC 20530.

_____s/_____
Camilla C. McKinney, Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JOSEPH MATERIA** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 06-2251(RWR) |
|  | ) |
| **ELAINE L. CHAO, SECRETARY** | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF LABOR** | ) |
|  | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend the Discovery Period, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that the new deadline for the close of discovery be August 18, 2008; that the status conference for June 19th be continued; and that the Scheduling Order be modified accordingly.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge