# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOSEPH MATERIA** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 06-2251(RWR) |
|  | ) |
| **ELAINE L. CHAO, SECRETARY** | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF LABOR** | ) |
|  | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL

Plaintiff Joseph Materia, by and through his undersigned counsel, hereby withdraws his Consent Motion to Extend the Discovery Period, filed on May 6, 2008 (#31), which was filed in error.

Dated: May 6, 2008           Respectfully submitted,

_____s/_____
Camilla C. McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
*Attorney for Plaintiff Joseph Materia*