UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH MATERIA**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ELAINE L. CHAO, SECRETARY** )<br>**UNITED STATES DEPARTMENT** )<br>**OF LABOR** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2251(RWR) |

**CONSENT MOTION TO EXTEND THE DISCOVERY PERIOD**

Plaintiff Joseph Materia, by and through his undersigned counsel, hereby respectfully requests an extension of the discovery period by ninety (90) days and a continuance of the status conference scheduled for August 14, 2008.  Pursuant to Local Rule 7(m) Plaintiff conferred with Defendant who consented to the extension.   In support of this Motion, Plaintiff states as follows:

Currently, pursuant to the Court's order on June 3, 2008, the deadline for the close of discovery is August 13, 2008, with a status conference to take place the following day.  The parties, however, after engaging in extensive time-consuming settlement negotiations have been unable to reach an amicable settlement to date.  Therefore, at this time, the parties seek to engage in additional discovery and are requesting an extension of time to complete written discovery and to take depositions.  In particular, some of the witnesses the parties will seek to depose will require out of town travel and an extension will facilitate the scheduling of these depositions. Additionally, Plaintiff has retained an expert witness who is completing a report.  However, the expert will be out of the country during the month of August and unavailable to complete her

report or to appear for deposition. Accordingly, the parties request an additional ninety (90) days, until November 11, 2008, to engage in discovery.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing both parties to conduct thorough discovery into the issues raised in Plaintiff's Amended Complaint. Additionally, the Defendant has consented to this extension of discovery and neither party will be prejudiced by this extension.

Accordingly, Plaintiff respectfully requests that the discovery period be extended until November 11, 2008, that the status conference for August 14, 2008 be continued and that the Scheduling Order be modified accordingly.

Dated: July 23, 2008                                  Respectfully submitted,


                                                      _____s/_____
                                                      Camilla C. McKinney, Esq.
                                                      McKinney & Associates, PLLC
                                                      1100 Fifteenth Street, N.W., Suite 300
                                                      Washington, D.C. 20005
                                                      (202) 861-2934/(202) 517-9111 (fax)
                                                      ***Attorneys for Plaintiff Joseph Materia***

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July 2008, I caused a true and correct copy of the foregoing Consent Motion to Extend the Discovery Period to be served electronically, via the Court's ECF system, to: Mercedeh Momeni Assistant United States Attorney United States Attorney's Office for the District of Columbia, Civil Division 555 Fourth St., NW Washington, DC 20530.


                                                      _____s/_____
                                                      Camilla C. McKinney, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH MATERIA** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ELAINE L. CHAO, SECRETARY** )<br>**UNITED STATES DEPARTMENT** )<br>**OF LABOR** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2251(RWR) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend the Discovery Period, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that the deadline for the close of discovery be November 11, 2008; that the status conference for August 14, 2008, be continued until _____, 2008; and that the Scheduling Order be modified accordingly.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge