UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH MATERIA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, SECRETARY )<br>UNITED STATES DEPARTMENT )<br>OF LABOR )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2251(RWR)<br>ECF |

## JOINT STATUS REPORT

The parties, in response to the Court's August 19, 2008 Order, respectfully submit the following status report on discovery.[1]

1. The parties have made several attempts to resolve this matter in order to avoid further litigation. During that time, while some progress toward completing discovery has been made, the parties have not yet taken depositions and propounded only some written discovery.

2. Specifically, on January 18, 2008, Defendant served Plaintiff with requests for authorization of the release of Plaintiff's medical and psychiatric records. Several of Plaintiff's healthcare providers subsequently produced the requested documents.

---

[1] Plaintiff filed a consent motion to extend discovery. *See* Dkt. No. 36. The Court's minute order of August 12, 2008, instructs the parties to file a "joint supplement to their motion". Because Defendant was not a party to Plaintiff's motion, the parties hereby submit this joint status report.

3. Plaintiff secured an expert witness in February 2008, Dr. Aphrodite Matsakis, who is in the final stages of preparing an expert's report which will provide her assessment of the physical and emotional harm caused by the Defendant alleged in the Complaint. Because Dr. Matsakis is currently out of the country, it is anticipated that the report will be produced in September 2008 and that Defendant will likely seek to depose Plaitniff's expert sometime thereafter.

4. Additionally, Defendant has procured the services of Dr. Christiane Tellefson for Plaintiff's independent medical examination ("IME"), and had suggested dates for the IME during February and March of 2008. The examination was put on hold while the parties attempted to negotiate a settlement. Since a settlement was not reached, Defendant has suggested August 29 and September 5, 2008 for Plaintiff's examination and the parties anticipate that the IME will take place on September 5, 2008. Plaintiff will likely seek to depose Dr. Tellefson.

5. The parties filed a motion for a protective order in order to facilitate the exchange of Privacy Act protected information, as well as other confidential and sensitive information. The Court approved the Order on May 23, 2008 and it was filed on May 30, 2008.

6. Plaintiff will depose Kathleen Summers. A date for the deposition of Ms. Summers, who is no longer employed by the Agency, has proved difficult to negotiate due to the parties' availabilities. Currently the Defendant has offered November 6 through 19, 2008.

7. Plaintiff intends to depose other DOL officials such as, but not limited to, Chick Ciccolella, Barbara Thompson, John McWilliam, Angel Alvarez, Gordon Burke, and Ron Drach. Plaintiff intends to depose these witnesses in late September and early October 2008. Some of

these witnesses are in Boston, Massachusetts and it is possible that it will be necessary to coordinate out-of-town travel to accommodate many of these witnesses.

8. Defendant has suggested September 17-19, 2008 for Plaintiff's deposition. The parties anticipate that Plaintiff's deposition will take place on September 17, 2008, but have not confirmed this date due to anticipated out of town travel by Plaintiff's counsel that week.

9. Defendant intends to depose Plaintiff's doctors in early September 2008. Further, it appears that it may be necessary to take the deposition of Plaintiff's former spouse and adult children, all of whom reside outside this jurisdiction. Defendant is currently preparing subpoenas for those witnesses. Plaintiff will seek to quash any subpoenas and will oppose any attempt by Defendant to depose Plaintiff's former wife and adult children as they have not lived with the Plaintiff for many years and therefore do not have any information relevant to the claims. Furthermore, Plaintiff's son is currently in active military service in Iraq.

10. Defendant is currently preparing the remainder of its written discovery and will forward these discovery requests to Plaintiff's counsel shortly.

11. Plaintiff's first set of written discovery is in its final stage of review and will be served upon Defendant shortly.

Respectfully submitted,

\_/s/*with authorization*_____        \_/s/_____
CAMILLA C. MCKINNEY, ESQ.                JEFFREY A. TAYLOR
McKinney & Associates                    D.C. Bar # 488610
1100 Fifteenth St., NW, Suite 300        United States Attorney
Washington, D.C. 20005
(202) 861-2934                           \_/s/_____
(202) 517-9111 (fax)                     RUDOLPH CONTRERAS
*Attorneys for Plaintiff*                D.C. Bar # 434122
                                         Assistant United States Attorney

                                         \_\_/s/_____
                                         MERCEDEH MOMENI
                                         Assistant United States Attorney
                                         Civil Division
                                         555 Fourth Street, N.W.
                                         Washington, D.C. 20530
                                         (202) 305-4851
                                         (202) 514-8780 (fax)
                                         *Attorneys for Defendant*

Dated: August 19, 2008